## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

|  |  |  |
|---|---|---|
| | § | |
| ABHISHEK MAWLE | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civ. No. CC-08-64 |
| | § | |
| TEXAS A&M UNIVERSITY— | § | |
| KINGSVILLE, et al. | § | |
|     Defendants. | § | |
| | § | |

## <u>ORDER</u>

The Court makes the following rulings based on the telephone conference with the parties held on April 2, 2008.

1.  The Court ORDERS that a hearing on plaintiff's Motion for Preliminary Injunction (D.E. 12) be set for Wednesday, April 30, 2008 at 9:00 a.m.

2.  Plaintiff's Motion for Leave to File Second Amended Complaint is DENIED without prejudice.  Plaintiff may amend his complaint to include a procedural Due Process claim only.  Other issues can be addressed after Due Process matters are resolved.

3.  Plaintiff will file his Motion for Summary Judgment on the issue of procedural Due Process at the same time he files his Second Amended Complaint.  Both pleadings must be filed no later than Monday, April 7, 2008 at 12:00 p.m.

4.  Defendants are ORDERED to respond to plaintiff's Motion for Summary Judgment within ten days.

5.  Defendants are ORDERED to release plaintiff's transcript to him or to prospective colleges or universities to which plaintiff may apply for admission.

6.  The Court refers plaintiff to Rule 8 of the Federal Rules of Civil Procedure for guidance in drafting a "simple, concise, and direct" Second Amended Complaint.

ORDERED this 3rd day of April, 2008.

HAYDEN HEAD
CHIEF JUDGE